UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT AGENCY, et al.,<br><br>Defendant. | No.  2:23-cv-1116 KJM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding pro se and in forma pauperis.  During the pendency of plaintiff's motion for reconsideration, and before the court denied the motion on July 21, 2023, and granted plaintiff sixty days in which to file an amended complaint, plaintiff filed two additional motions for extension of time to amend.  (ECF Nos. 22 & 25.)  Despite the July 21, 2023 order, plaintiff filed a third motion, this time seeking to stay the action for ninety days based on plaintiff's alleged failure to obtain "adequate legal envelopes."  (ECF No. 29.)  Plaintiff claims he has only received two envelopes.

    Plaintiff fails to explain why he needs more than two envelopes to comply with this court's June 30, 2023 order to file an amended complaint.  No defendant has yet been served, and plaintiff is not required to provide exhibits.  Therefore, the undersigned does not find good cause to stay this action for ninety days.

Further, the court record reflects that plaintiff submits duplicate motions before the court is able to rule on pending motions. For example, plaintiff filed two motions to proceed in forma pauperis, and four separate motions to add defendants. Plaintiff is cautioned that a litigant proceeding pro se and in forma pauperis may suffer restricted access to the court where it is determined that he has filed excessive frivolous motions in a pending action. DeLong v. Hennessey, 912 F.2d 1144 (9th Cir. 1990). Such motions strain the limited resources of the court. Plaintiff is directed to exercise appropriate restraint in the future.

In an abundance of caution, plaintiff is granted until October 13, 2023, in which to file an amended complaint that complies with the June 30, 2023 order. The undersigned is not inclined to grant additional extensions of time, and plaintiff's failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time (ECF No. 22, 25) are partially granted;

2. Plaintiff's motion for stay (ECF No. 29) is denied; and

3. Plaintiff shall file an amended complaint that complies with the June 30, 2023 order on or before October 13, 2022. Failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

Dated: August 8, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vanh1116.36d