UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>         Plaintiff,<br><br>     v.<br><br>DRUG ENFORCEMENT AGENCY, et al.,<br><br>         Defendants. | No.  2:23-cv-1116 KJN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On October 10, 2023, plaintiff's pleading was dismissed, and plaintiff was granted thirty days in which to file a third amended complaint. On October 18, 2023, plaintiff filed a motion for a sixty day extension of time to file a third amended complaint.  Because plaintiff's request for extension was filed shortly after the court's order, plaintiff's request for an additional sixty days is granted.  Plaintiff is cautioned that his failure to timely file a third amended complaint will result in a recommendation that this action be dismissed.  Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 41) is granted; and

   2. Plaintiff is granted sixty days from the date of this order in which to file a third amended complaint.

Dated:  October 24, 2023

/vanh1116.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE