UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT AGENCY, etal.,<br><br>Defendants. | No. 2:23-cv-1116 KJM KJN P<br><br><br><br>FINDINGS & RECOMMENDATIONS |

By order filed October 10, 2023, plaintiff's pleading was dismissed, and thirty days leave to file a third amended complaint was granted. On October 24, 2023, plaintiff was granted an additional sixty days in which to file a third amended complaint. Sixty days from that date have now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 28, 2023

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vanh1116.fta.ext